**DISMISS and Opinion Filed October 16, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00904-CV**

**ROGER KASENDORF DO, P.C., Appellant**
**V.**
**MINDSIGHT MEDICAL, LLC, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-00247**

# MEMORANDUM OPINION

Before Justices Goldstein, Garcia, and Miskel
Opinion by Justice Garcia

On September 25, 2023, we sent a letter to the parties questioning our jurisdiction and requested jurisdictional briefing by October 5, 2023. In our letter, we cautioned appellant that the appeal was subject to dismissal without further notice should appellant fail to file the requested letter brief. To date, appellant has not filed the requested letter brief. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

230904F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROGER KASENDORF DO, P.C.,
Appellant

No. 05-23-00904-CV     V.

MINDSIGHT MEDICAL, LLC,
Appellee

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-00247.
Opinion delivered by Justice Garcia.
Justices Goldstein and Miskel
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MINDSIGHT MEDICAL, LLC recover its costs of this appeal from appellant ROGER KASENDORF DO, P.C.

Judgment entered October 16, 2023

–2–